

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVIDON

| | |
|---|---|
| MARK PARISCOFF | CASE NO.2:14-CV-855 |
| | Judge George C Smith |
| PLAINTIFF, | Magistrate Elizabeth Preston Deavers |
| COLUMBUS CITY POLICE DEPARTMENT. | Motion to not Dismiss case |
| DEFENDANT, | Motion to not remove |
| | Exhibits |

To remove all my exhibits would only help the Columbus city police department cover up the facts in this case :

1) The facts is that the officer did beat me down and then did assist with the robbery of my home
2) That they have with held Evidence
3) That they are tampering with evidence
4) They falsifying documents.
5) I know of 4 recording the are missing WHY?
6) They lied about what my witnesses have said and seen .

TO DISMISS THE CASE WOULD PUT THE COURT INTO THE COVE UP THAT INTERNAL AFFAIRS HAS STARTED AND I (MARK PARISCOFF) WOULD NOT GET A FAIR DAY IN COURT SO AT THIS TIME I ASK THE COURT FOR A JURY TRIAL IN THIS CASE.

I AM NOT A ATTORNEY AND COULD NOT FINE ONE TO TAKE THIS CASE THEY ALL SAID I HAVE A GOOD CASE BUT THEY DID NOT WANT TO GO UP AGAINST THE POLICE. THEIR CASE LOAD WAS TO BIG .

I HAVE ADDED A FEW OTHE DOCUMENTS THAT WILL TELL MORE ABOUT THIS CASE .

I MARK PARISCOF DID NOT PAY THE COURTS $231.75 NOT TO GET MY DAY IN COURT SO I ASK AGAIN THAT THE COURT WILL LOOK INTO THIS MATTER I KNOW THE COURT DON'T WANT ON PART IN A COVER UP SO PLEASE GIVE ME MY DAY IN COURT WITH MY WITINESSES THEY ARE READY TO GO TO COURT.

**EXCESSIVE FORCE : I THINK THIS CASE FALLS UNDER THAT AFTER ALL OFFICER WENDELL TOLBER BAGE 2152 DID HOLD ME BY MY THROAT AND CHEST WITH FORARM 8 INCHS UP IN THE AIR FOR 8-10 MINS AND I COULD NOT BREATHE MY NECK HAD TO HOLD 185 LBS IN THE AIR FOR 8-10 MINS ?**

THANK YOU FOR YOUR TIME IN THIS MATTER:

Mark Pariscoff

967 ruby ave

Columbus Ohio 43227

614 745 0681

Mark Pariscoff

967 Ruby Ave

Columbus Ohio 43227

Plaintiff

VS

City of Columbus

Police department

120 Marconi Blvd.

Columbus ,Ohio 43215

Defendant

## Complaint:

This is as to the 1983 action claim against the police

Officer's Wendell Tolber bage#2152 and officer Hobert Justice bage # 1884

On July 2 2012 these offcer's beat down a one Mark Pariscoff and then assisted with the robbery of my home .

And as to Sergeant Gayle E Kanz bage # 5125 internal affairs Bureau have all with held Evidence and tampering with evidence and they have falsifying documents.

And they also have given a INCOMPLET INTERNAL affairs CD of recording .

At this time I would like to ask the court fir a copy of all min cassettes their should be one for each witness and and there is 4 recording missing from the CD

Mr Pariscoff knows of 3 recording he had with Internal affairs and they are not on the cd from Internal affairs and one of a Eric Brumm that is not on the CD and we had to show ID

why was their phone recording done and no way to know if that is the person they are talking to ?. NO ID WHY?

(these min cassettes will show that what was put on paper is not the same that was said )

I have added a copy of the Internal affairs CD I have from them and I received that CD through attorney David A Goldstein so this will also show that the officers with held evidence

My neck is hurt for life I am in so much pain and this is all do to the beating office tolber #2152 this officer held me 8 inchs off the porch with his right forarm on my neckand chest and took his left hand putting it over my mouth and chin turning my head from right to left with the top oc my sceen door bars in the top of my head and told me if I did not answer him he would tazer me and kill my dogs. this has stoped me from doing many things I could do before now I can not sleep much I get up and look at the monitor were I have Mr Pariscoff added security cameras because of the beating from the Columbus police .

To see if it is safe for me to go outside and not get hurt by police at this time

I was in hospital for 7 hours July 2 2012 after the beating I took from officer tolber as the other officer watched it all ?

I am in so much pain .

For this I am asking for 10 million dollars for the pain I will be in the rest of my life. The fact I may not be able to work do to the pain and at some point Mr Pariscoff will need to have surgery .

I have added many other facts to this case in the following pages.

And all witness I have talked with will show up for court .

I have Mount Carmel x-rays on CD and I have the MRI on CD and I have the cat scan CD to the Damage done to my spine and neck

Both arms go to sleep often and I drop things I never had any problems with my neck and arms before I was beaten by officer Tolber and now it is pain every day for the rest of my life

May 10 th I went to Mrs. Lieb and ask her about all the back money she owned me she was to pay $625.00 a month and for the last 8 months she had only paid $476.00 a month well I then told her that I needed the rest of the money and on May 14 th she was gone just moved out .

And on or about June 15 I was playing back all the recorded calls from my home phone and then I come to find out she was going to take everything I have when I went to work out of town again .

I put new locks on the doors well on June 30th 2012 Belva, Lieb and her brother and his friend come to my home at 967 Ruby Ave Columbus Ohio 43227 to get in when they could not get in by they broke a front window out .

I had call the police they told me, they could not come because of all the power out but if they were to brake in then they would come .

Well at that time I was also talking to my sister on my cell phone and Belva Lieb's brother Shaun said if you do not open this door I will brake all the windows and at that time a window was broken so I called 911 10 pm -11pm I believe .

The police come then and told them to all leave and take this to court so they left until July 1-2012 at about 10 am they come back again and again the police come and told them the same thing to take it to court .

On July 2 2012 I went to the prosecutor office to see what I could have done and I had my friend Eric Brumm to stay at my home until I get back well he called me as I was talking with some one at the prosecutor office and said they rare here and taking the plywood off the window to get in so he then called 911.

Well I got done at the prosecutor office and was on my way home I got home at about 9:35am to see no police as of yet and they was just robing me the police show up and I was on my porch and I told Belva Lieb to get out of my home and the police got in my face had me pushed back on me security screen door and I tried to tell the police that they do not live here and I do not want them in my home as I pointed at each of them.

Well then officer Tolber bage#2152 pushed my hand up in the air and took out his hand cuffs out and hit me in my chest and I then took my hand down between us knowing the hand cuffs to the porch and the office Tolber then picked me up by my neck cutting off my air and lifted me about 8inchs up off porch I could not talk or get air then he said if I do not answer him he would taze me and shoot my dog's .

When officer Tolber did let me go I feel off the porch got to my driveway and was having a hard time breathing. Then officer Tolber then held the door open to let Belva Lieb and Shaun and Ron rush go into my home and take what they wanted and told me if I did not like it he would take me to jail.

I still have not gotten any police reports but I do have all the run number to my home they are as follows.

Case: 2:14-cv-00855-GCS-EPD Doc #: 5 Filed: 07/31/14 Page: 6 of 7  PAGEID #: 121

6-30-2012 911 call but no run or police report can be found ?

7-1-2012

120550846

120549618

120549532

120549526

7-2-2012

120556149

120553827

And one of them was a 911 call it was at 9:45 am

I was in the hosp for 7 hours on 7-2-2012 do to the beating from the police

The other officer was Justire bage#1884


Thank you ,

Mark Pariscoff

967 ruby ave Columbus ohio 43227

Home 614 745-0681

This was the Columbus police

Other witness's are my next door neighbor at 961 ruby Ave Columbus Ohio 43227 and they seen the police do all of this to me .

*Mark Pariscoff* [signature]

Transaction Receipt - PayGov.US                719-3000        Page 1 of 1

# Franklin County, Ohio
# Clerk of Court - Civil - POS



## Transaction Details

**Clerk Code**
  erbiggin
**Case #**
  14-CV-6537
**Name**
  PARISCOFF MARK

*(handwritten)* 85 Mavicebvld
2/14-CV-855

## Credit Card Payment Address Information

| | |
|---|---|
| Transaction Number | 1348221 |
| Customer Name | PARISCOFF MARK |
| Email Address | |
| Address | , |
| Credit Card Number | 9759 |
| Credit Card Type | V |
| Expiration Date | 1117 |
| Operator Name | |
| Transaction Time | 6/23/2014 4:21:59 PM |
| Authorization Code | 001353 |
| Agency Total | 225.00 |
| Flat Convenience Fee | 6.75 |
| Total Amount Charged to Card | 231.75 |

_____ Customer Signature

_____
Signature       Merchant Copy
**I agree to pay above total amount according to card issuer agreement.**

For questions about this payment, please call (866) 480-8552.
**Disputing a charge with your credit card company may result in an additional $40.00 charge.**

http://secure.paygov.us/tranreceipt.aspx                            6/23/2014