UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Mark Pariscoff,**

    **Plaintiff,**

**-v-**         Case No. 2:14-cv-855
       JUDGE SMITH
       Magistrate Judge Deavers

**Columbus City Police Department,**

    **Defendant.**

## ORDER

Plaintiff, Mark Pariscoff, proceeding *pro se*, filed this § 1983 action against the Columbus Police Department alleging that during a domestic dispute he was subjected to excessive force by two police officers, and was held down while the officers assisted in the robbery of his home. Defendant Columbus City Police Department has moved to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. (Doc. 4). On July 31, 2014, Plaintiff filed a Response in Opposition to Defendant's Motion to Dismiss alleging several new claims that were absent from the original Complaint. (*See* Doc. 5). Because these new claims were not set forth in Plaintiff's Complaint, the Court cannot consider them. To ensure Plaintiff has the opportunity to bring all potentially meritorious claims against all possible defendants, the Court will allow Plaintiff the opportunity to amend his Complaint to include any additional claims he may want the Court to consider. If Plaintiff wishes to amend his Complaint, he must do so on or before November 7, 2014. If no such amended Complaint is filed, the Court will address the pending motion as it stands.

    **IT IS SO ORDERED.**

                         /s/ *George C. Smith*
                         GEORGE C. SMITH, JUDGE
                         UNITED STATES DISTRICT COURT